CO-386-online
10/03

# United States District Court
# For the District of Columbia

FILED

Clerk U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br> 8410 E Cholla St <br> Scottsdale, AZ 85260 <br><br> vs  Plaintiff <br><br> DOES 1-1,495 <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) | Case: 1:11-cv-01741 <br> Assigned To : Bates, John D. <br> Assign. Date : 9/27/2011 <br> Description: General Civil |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __HARD DRIVE PRODUCTIONS, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

IL0014
BAR IDENTIFICATION NO.

Paul A. Duffy
Print Name

2 N. LaSalle Street, 13th Floor
Address

Chicago, Illinois 60602
City      State      Zip Code

(312) 952-6136
Phone Number