UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC.   )<br>                                                              )<br>            Plaintiff,                               )<br>                                                              )<br>v.                                                         )     Case No. 1:11-cv-01741-**JDB**<br>                                                              )<br>DOES 1 – 1,495                               )<br>                                                              )<br>            Defendants.                         )<br>                                                              ) | |

**ORDER**

The Court has received motions from three John Does requesting that the Court quash or modify the subpoenas authorized in [4] its October 4, 2011 Order.  Because the motions raise substantial issues, the Court hereby STAYS the subpoenas.  Any ISP that has not responded to the subpoena need not respond until the motions to quash have been resolved.  Hard Drive Productions, Inc. ("Hard Drive") shall serve a copy of this order on any ISP on which it has served a subpoena.  If Hard Drive has already received responses to its subpoenas, Hard Drive shall not use the responsive information in any way until the motions to quash have been resolved.

Hard Drive may respond to the motions to quash no later than December 12, 2011.


                                                                                    /s/
                                                                          JOHN D. BATES
                                                                      United States District Judge

Dated: November 2, 2011