UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC.   ) <br> ) <br>       Plaintiff,                     ) <br> v.                                     ) <br> ) <br> DOES 1 – 1,495                 ) <br> ) <br>       Defendants.             ) <br> ) | Case No. 1:11-cv-01741-JDB |

**ORDER**

The Court has received motions from three John Doe Defendants requesting that the Court quash or modify the subpoenas authorized in [4] its October 4, 2011 Order. None of the motions comply with the court's local rules. D.D.C. Civ. R. 5.1(e) ("The first filing by or on behalf of a party shall have in the caption the name and full residence address of the party . . . [and i]f the party is appearing pro se, the caption shall also include the party's telephone number.") Two of the motions contain no identifying information, and one contains only an email address, JohnDoevHDP@gmail.com.

The Court denies leave to file the three motions because they do not comply with D.D.C. Civ. R. 5.1. Defendants may, however, re-file these motions so that they contain the defendants' identifying information and comply with Rule 5.1. Any other Defendant may also file a Motion to Quash that complies with Rule 5.1. The Court will place any compliant Motion to Quash from any Doe Defendant under seal. Thus, neither Plaintiffs nor the public will be able to access Defendants' identifying information. The Motions to Quash will remain under seal even if they are ultimately denied.

The Court hereby extends the deadline to file Motions to Quash until November 23, 2011.

The Clerk is hereby directed to forward a copy of this order to JohnDoevHDP@gmail.com.  The Court notes that all three anonymous Motions to Quash are substantially similar and appear to have been prepared by the same person.  Therefore, the Doe Defendant using the email address JohnDoevHDP@gmail.com is directed to transmit copies of this Order to any other Defendant it is able to contact.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: November 2, 2011