UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:11-cv-01741-JDB |
| ) | |
| DOES 1 – 1,495 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On its own motion, the Court hereby clarifies that Defendants wishing to file Motions to Quash (and/or Motions to Sever) do not need to follow the procedures in the Local Rules for filing under seal. A Defendant can mail to the Clerk's office a Motion that complies with [6] this Court's November 2, 2011 Order, as well as any applicable local rules other than those relating to filing sealed documents, and it will automatically be placed under seal.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: November 10, 2011