**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARD DRIVE PRODUCTIONS, INC.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**DOES 1 - 1495,**<br><br>  Defendants. | Civil Action No.  11-1741 (JDB) |

**ORDER**

The Court has determined that this action should be referred to Magistrate Judge Facciola for full case management up to and excluding trial.  The parties are reminded that, pursuant to LcvR 73.1, this action may be referred for all purposes, including any trial, upon the filing of an executed notice of consent by all parties.  Consent of the District Judge is not necessary.  Accordingly, it is hereby

**ORDERED** that this action is referred to Magistrate Judge Facciola, beginning immediately; and

**FURTHER ORDERED** that any future filings related to this action shall have the initials of the presiding District Judge and the assigned Magistrate Judge following the case number in the caption.

**SO ORDERED**.

                                             /s/ John D. Bates
                                             JOHN D. BATES
                                             United States District Judge

Date:   November 16, 2011