# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

**HARD DRIVE PRODUCTIONS, INC.**

**v.**                                                            Case No. 1:11-cv-01741-JDB

**DOES 1—1,495**

## NOTICE OF FILING

Counsel below files this *Notice of Filing* via CM/ECF to notify all parties that he has filed, under seal, a *Motion to Quash* Plaintiff Hard Drive Productions, Inc.'s ("**Plaintiff**") subpoena to an ISP provider in this matter. Counsel represents one of the *Doe* defendants who has been identified by IP address.

In total, counsel has filed a (1) Motion to Quash, (2) Memorandum of Points & Authorities in Support of the Motion to Quash, and (3) a proposed Order. By this notice, counsel affirms that these documents were filed under seal on November 21, 2011. Simultaneously, counsel has provided Plaintiff with a redacted copy of the three documents, having removed all information identifying his client. Counsel apologizes for filing this Notice a day later, but technical issues with CM/ECF precluded filing it yesterday.

**DATED NOVEMBER 22, 2011.**

4844-8400-4878.1                                     1

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ John J. Michels, Jr.*
_____

**John J. Michels, Jr.**
D.C. Bar #  457575

550 W. Adams St., Ste. 300
Chicago, IL 60661
(312) 345.1718 (t)
(312) 345.1778 (f)
jmichels@lbbslaw.com

**ATTORNEYS FOR DEFENDANT**