REFERRAL TO MAGISTRATE JUDGE

CATEGORY: E

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: 17:101 Copyright Infringement |||||
|---|---|---|---|---|
| CASE NO: 11-~~1962~~ 1741 | DATE REFERRED: 11/16/11  DISPOSITION DATE: | PURPOSE: FULL CASE MGNT UP AND INCLUDING TRIAL | JUDGE: JOHN D. BATES | MAG. JUDGE JOHN M. FACCIOLA |
| PLAINTIFF(S): HARD DRIVE PRODUCTIONS, INC. |||| DEFENDANT(S): DOES |
| ENTRIES: |||||