**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARD DRIVE PRODUCTIONS, INC.** | |
| **v.** | Case No. 1:11-cv-01741-JDB |
| **DOES 1—1,495** | |
| **NOTICE OF FILING** | |

      Counsel below files this *Notice of Filing* via CM/ECF to notify all parties that he has filed, under seal, an affidavit in support of the previously filed *Motion to Quash* Plaintiff Hard Drive Productions, Inc.'s ("**Plaintiff**") subpoena to an ISP provider in this matter. Counsel represents one of the *Doe* defendants who has been identified by IP address.

      Counsel has filed this affidavit in support of the *Motion to Quash* which was filed under seal on November 21, 2011. By this notice, counsel affirms that this affidavit was filed under seal on November 23, 2011. Simultaneously, counsel has provided Plaintiff with a redacted copy of the affidavit, having removed all information identifying his client.

      **DATED NOVEMBER 23, 2011.**

4844-8400-4878.2                                            1

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ John J. Michels, Jr.*
_____
**John J. Michels, Jr.**
D.C. Bar #  457575

550 W. Adams St., Ste. 300
Chicago, IL 60661
(312) 345.1718 (t)
(312) 345.1778 (f)
jmichels@lbbslaw.com

**ATTORNEYS FOR DEFENDANT**