IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-1,495, <br><br> Defendants. | Case No: 1:11-cv-01741-JDB-JMF |

NOTICE OF FILING

Counsel below files this NOTICE OF FILING via CM/ECF to notify all parties that counsel has filed MOTIONS TO DISMISS/QUASH SUBPOENA FOR LACK OF PERSONAL JURISDICTION; ALTERNATIVE MOTION TO QUASH PURSUANT TO RULE 45(c)(3)(A); ALTERNATIVE MOTION TO SEVER FOR MISJOINDER; AND MOTION FOR PROTECTIVE ORDER with the Court in hard copy on behalf of John Doe known by IP Address 71.228.158.34 and on behalf of John Doe known by IP Address 68.0.166.136.

By this notice, counsel affirms that these documents were filed in accordance with the Court's November 2, 2011 and November 11, 2011 Orders (the "Motion Orders") whereby the Court stated that any Motion to Quash or related motion that is filed with the Court will be deemed to be filed under seal and shielded from the public and the Plaintiff.

Dated: November 23, 2011

1

        **Dunner Law, PLLC**

By:    /s/ Adam W. Sikich, Esq. #981712
        Adam W. Sikich
        Dunner Law, PLLC
        3243 P Street, N.W.
        Washington, D.C. 20007
        asikich@dunnerlaw.com
        Tel: 202-298-6322
        Attorney for Doe Defendants


        **The Kelly Law Firm, L.L.C.**

By:    /s/ Aaron M. Kelly, Esq. SBN 025043
        Aaron M. Kelly
        13430 N. Scottsdale Road, Suite 106
        Scottsdale, Arizona 85254
        aaron@aaronkellylaw.com
        Tel: 480-686-2064
        Attorney for Doe Defendants