**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-1,495,

    Defendants.

Case No: 1:11-cv-01741-JDB-JMF

## MOTION TO ADMIT *PRO HAC VICE*

I, Adam W. Sikich a member of the Bar of the District of Columbia and counsel for Defendant J. Doe known by IP address 71.228.158.34 and for J. Doe known by IP address 68.0.166.136 ("Does"), move in conjunction with Attorney Aaron M. Kelly for his *pro hac vice* admission. In support of this motion, I state as follows:

1. I am a member in good standing of the Bar of this Court.

2. As set forth in the Affidavit of Aaron M. Kelly accompanying this Motion, Attorney Kelly is licensed to practice before the Bar of Arizona, before the Bar of Michigan, and before the U.S. District Court for the District of Arizona.

3. Attorney Kelly's address is 13430 N. Scottsdale Road, Suite 106, Scottsdale, Arizona 85254, email: aaron@aaronkellylaw.com, and tel: 480-686-2064.

4. Attorney Kelly is a member in good standing and eligible to practice in each jurisdiction and court to which he has been admitted. He has never been disciplined by any bar.

5. Attorney Kelly does not recall ever having been admitted *pro hac vice* in this Court.

-1-

6. Attorney Kelly does not engage in the practice of law from an office located in the District of Columbia.

7. I will be actively associated with Attorney Kelly during the pendency of this matter.

WHEREFORE, in conjunction with Attorney Kelly, I, Adam Sikich, respectfully request that this Court:

A. Grant this motion; and

B. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 23rd day of November, 2011

**Dunner Law, PLLC**

By: /s/ Adam W. Sikich, Esq. #981712
Adam W. Sikich
Dunner Law, PLLC
3243 P Street, N.W.
Washington, D.C. 20007
asikich@dunnerlaw.com
Tel: 202-298-6322
Attorney for Doe Defendants


**THE KELLY LAW FIRM, L.L.C.**

By: /s/ Aaron M. Kelly (AZ Bar #025043)
Aaron M. Kelly
13430 N. Scottsdale Road, Suite 106
Scottsdale, Arizona 85254
aaron@aaronkellylaw.com
Tel: 480-686-2064
Attorney for Doe Defendants