Aaron M. Kelly – (AZ Bar #025043)
**The Kelly Law Firm, L.L.C.**
13430 N. Scottsdale Road, Suite 106
Scottsdale, AZ 85254
Tel: 480-686-2064
Fax: 1-866-961-4984
Email: aaron@aaronkellylaw.com
Attorney for Defendant Doe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> DOES 1-1,495, <br><br> Defendants. | No: 1:11-cv-01741-JDB <br><br> **AFFIDAVIT OF AARON M. KELLY IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*** |

Aaron M. Kelly, having been duly sworn, deposes and says:

1. My name is Aaron M. Kelly.

2. I am licensed to practice before the Bar of Arizona, before the Bar of Michigan, and before the U.S. District Court for the District of Arizona.

3. My address is 13430 N. Scottsdale Road, Suite 106, Scottsdale, Arizona 85254, email: aaron@aaronkellylaw.com, and tel: 480-686-2064.

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

-1-

1
2
3                                            *[signature]*
                                             Aaron M. Kelly
4                                            13430 N. Scottsdale Road, Suite 106
                                             Scottsdale, Arizona 85254
5                                            aaron@aaronkellylaw.com
                                             Tel: 480-686-2064
6                                            Attorney for Defendant IP addresses:
7                                            71.228.158.34
                                             68.0.166.136
8
9   STATE OF ARIZONA
    COUNTY OF MARICOPA
10
         On this 17th day of November, 2011, Aaron M. Kelly personally appeared before me and
11  made an oath that the facts recited in the foregoing Affidavit are true to the best of his knowledge
12  and belief.

13
                                             **OFFICIAL SEAL**
14  *[signature]*                            **ANNE E. GRIFFITH**
                                             Notary Public - State of Arizona
15                                           MARICOPA COUNTY
    Notary Public/Justice of the Peace       My Comm. Expires Oct. 17, 2012
16  My Commission Expires: 10/17/2012
17
18
19
20
21
22
23
24
25
26
27
28