UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HARD DRIVE PRODUCTIONS, INC.,**

    **Plaintiff,**

        **v.**

**DOES,**

    **Defendant.**

Civil Action No. 11-1741 (JDB/JMF)

### NOTICE TO COUNSEL

The law clerk assigned to this action is:

**Sara B. Podger, Esq.**            202/354-3131

    Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **full case management.**

    In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

    Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.

November 28, 2011                    /S/
cc:    Counsel                 JOHN M. FACCIOLA
       Judge                     UNITED STATES MAGISTRATE JUDGE
       Files
       Chambers