# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01741-JDB-JMF |
| ) | |
| DOES 1 – 1,495, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Hard Drive Productions, Inc., and the Doe Defendant associated with IP address 71.236.39.160, by their undersigned attorneys, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) that all claims in this action against the Doe Defendant associated with IP address 71.236.39.160 be dismissed with prejudice and without costs or attorneys' fees.

**DATED:** November 30, 2011

| | |
|---|---|
| LAW OFFICES OF PAUL DUFFY | THE LAW OFFICES OF DAVID STEIN |
| | |
| By:    /s/ Paul Duffy | By:    /s/ David Stein |
| PAUL A. DUFFY (D.C. Bar # IL0014) | DAVID STEIN (D.C. Bar # 456878) |
| Law Offices of Paul Duffy | The Law Offices of David Stein |
| 2 N. LaSalle Street, 13th Floor | 601 Penn., Ave., Suite 900 |
| Chicago, IL  60602 | Washington, DC 20004 |
| Telephone: (312) 952-6136 | Telephone: (202) 434-8162 |
| Facsimile:  (312) 346-8434 | Facsimile: (202) 639-8238 |
| E-mail: pduffy@pduffygroup.com | E-mail: dstein@stein-lawyers.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |