# UNITES STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

HARD DRIVE PRODUCTIONS, INC.

    Plaintiff,

v.

DOES 1 – 1,495

    Defendants,

Case No. 1:11-cv-01741-JDB-JMF

## NOTICE OF FILING

The undersigned counsel for the DOE identified by IP Address 24.130.72.118 in this matter files this NOTICE OF FILING via CM/ECF to notify all parties that the undersigned has filed, under seal, a Motion For Protective Order and Request to Quash Plaintiff's Subpoena in this matter on November 23, 2011. This Motion was filed in accordance with the Court's November 2, 2011 and November 11, 2011 Orders whereby the Court stated that any motion to quash or related motion that is filed with the Court will be deemed to be filed under seal and shielded from the public and the Plaintiff.

On November 30, 2011, the undersigned counsel served a redacted version of this Motion on Plaintiff with all identifying information regarding the filing entity removed.

                                                        Respectfully submitted,

Date: <u>December 13, 2011</u>             By:   <u>s/Daniel Calder</u>
                                                     Daniel N. Calder, Esquire
                                                     District of Columbia Bar No. 246447
                                                     Ryan W. O'Donnell (PA No.89,775)
                                                     Volpe and Koenig, P.C.
                                                     United Plaza
                                                     30 S. 17th Street
                                                     Philadelphia, PA  19103
                                                     Telephone: (215) 568-6400
                                                     Facsimile: (215) 568-6499
                                                     *Attorney for Respondent*