*[Handwritten note in top right:] Fiat, Let They be Filed, [signature] 12/2/11*

Nov 18th, 2011

United States Court For The District of Columbia
Re: Motion To Quash
Docket No.: 1:11-cv-01741-JDB
Hard Drive Productions, Inc. v Does 1-1, 495

To whom it may concern:

This is a letter to file a Motion to Quash or vacate the subpoena for Civil Docket No.: 1:11-cv-01741- JDB

At no time did I ever infringe Hard Drive Productions, Inc.'s copyrights on the Internet by uploading or downloading a movie without permission.

The only explanation I have for this occurrence was that my wireless router was unsecured at that time and I was piggybacked by an unauthorized user.
That problem has since been rectified by the Geek Squad in August 2011. I have records to support this.

If anyone wishes to examine my home computer to prove I did not download a movie by infringing Hard Drive Production copyrights without permission, please feel free to do so at your convenience.

I wish the court to Quash and Vacate this Subpoena.

Sincerely,

[signature]
Kevin Berry
(973) 830-9689

RECEIVED
Mail Room

NOV 21 2011

Angela D. Caesar, Clerk of Court
District Court, District of Columbia



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

October 20, 2011

*Personal and Confidential*

*Via UPS Delivery*

MR KEVIN BERRY
830 MAIN ST UNT G
BELLEVILLE, NJ 07109

    Re:    *Hard Drive Productions, Inc. v. Does 1-1,495*
           United States District Court for the District of Columbia
           Docket No.: 1:11-cv-01741-JDB
           Order Entered: October 4, 2011
           Comcast File #: 313535

Dear Mr Kevin Berry:

    Hard Drive Productions, Inc. has filed a federal lawsuit in the United States District Court for the District of Columbia. You have been identified via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing Hard Drive Productions, Inc.'s copyrights on the Internet by uploading or downloading a movie without permission. This was allegedly done using a computer assigned the IP address 68.36.86.79 on 7/27/2011 01:29:48 AM GMT. The Court has ordered Comcast to supply your name, address and other information to Hard Drive Productions, Inc. in the attached Order and accompanying Subpoena. Your case has been assigned Docket Number 1:11-cv-01741-JDB by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately. Comcast cannot and will not provide any legal advice.

    Comcast will provide your name, address and other information as directed in the Order unless you or your attorney file something with the Court in the District of Columbia such as a motion to quash or vacate the Subpoena no later than November 21, 2011. Should you choose to contest the release of your information by filing legal process with the court, it must be filed in the same court where the lawsuit is filed. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **(866) 947-5587** no later than November 21, 2011. **Please note that Comcast cannot accept or file any legal action on your behalf**. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff on the next business day after November 21, 2011.

    If you have any questions regarding Comcast's obligations or procedures, you may contact us at **(866) 947-8572**. If you have legal questions about this matter, please contact an attorney.

                              Sincerely yours,

                              Comcast Legal Response Center

Attachments:    Copy of Court Order and accompanying Subpoena regarding civil action

