*[handwritten: First, Let This Be Filed, [signature] 12/2/11]*

UNITED STATES DISTRICT COURT FOR
DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01741-JDB |
| ) | |
| DOES 1 – 1,495 ) | Judge: Hon. John D. Bates |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO QUASH AND MOTION TO DISMISS

Gretchen Martin, *pro se*, moves this Honorable Court to enter an Order quashing, as to her, the summons filed on Verizon Online and further moves to dismiss as follows:

1. Gretchen Martin, *pro se*, resides in Baltimore County, Maryland and is employed in Baltimore City, Maryland. She has been so employed and so residing for many years. She has contacts with the District of Columbia.

2. Therefore, the Court lacks jurisdiction over her.

3. Moreover, she denies all allegations in the Complaint, states that she was away from Maryland and the District of Columbia at all times relevant to the allegations in the Complaint, that she is incorrectly identified and that the Complaint is without merit.

*[signature]*
Gretchen Martin, *Pro Se*
8545 London Bridge Way
Lutherville, Maryland 21093
email address:
Telephone:
108.3.2125.59

RECEIVED
- 3 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __21__ day of November, 2011 a copy of the foregoing Motion to Quash and Motion to Dismiss and proposed Order was mailed by first class, postage prepaid to:

>Paul A. Duffy, Esquire
>2 N. LaSalle Street, 13th Floor
>Chicago, IL  60602
>
>Verizon Legal Compliance
>Custodian of Records
>P O Box 1001
>San Angelo, TX 76209

_____
Gretchen Martin