AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11-cv-01741-JDB |
| DOES 1- 1,495 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DOES 1- 1,495

Date:   01/04/2012

/s/John J. Michels, Jr.
*Attorney's signature*

John J. Michels, Jr. / 457575
*Printed name and bar number*
Lewis Brisbois Bisgaard & Smith, LLP
550 W Adams, Suite 300
Chicago, IL 60661

*Address*

jmichels@lbbslaw.com
*E-mail address*

(312) 463-3412
*Telephone number*

(312) 345-1778
*FAX number*