UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARD DRIVE PRODUCTIONS, INC.,

Plaintiff,

v.

DOES 1 – 1,495,

Defendants.

Case No. 1:11-cv-01741-JDB-JMF

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against Doe Defendants associated with the Internet Protocol addresses listed in Exhibit A to this Notice of Dismissal. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED: January 20, 2012

Respectfully submitted,

Hard Drive Productions, Inc.

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq. (D.C. Bar # IL0014)

Law Offices of Paul Duffy

2 N. LaSalle St., 13th Floor

Chicago, IL 60602

Telephone: (312) 952-6136

Facsimile: (312) 346-8434

E-mail: pduffy@pduffygroup.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy
Paul A. Duffy, Esq.