# EXHIBIT A

| IP Address |
| --- |
| 24.9.46.4 |
| 68.35.76.69 |
| 68.81.191.56 |
| 68.82.141.8 |
| 71.206.126.151 |
| 75.69.66.139 |
| 76.20.142.202 |
| 68.169.129.183 |
| 184.99.182.243 |