# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Hard Drive Productions | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:11-cv-01741-JDB-JMF |
| Does 1-1,495 | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Electronic Frontier Foundation.

Date: 01/27/2012

/s/ Mitchell L. Stoltz
*Attorney's signature*

Mitchell L. Stoltz  D.C. Bar No. 978149
*Printed name and bar number*

Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
*Address*

mitch@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*