UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARD DRIVE PRODUCTIONS, INC.,

Plaintiff,

v.

Civil Action No. 11-1741 (JDB/JMF)

DOES 1-1,495,

Defendants.

FEB 1 5 2012

RESPONSE TO THE COURT'S ORDER

_____  I **DO NOT** want my identity to be revealed to plaintiff and ask that, as Judge Bates previously ordered, my motion to quash remain under seal so that plaintiff will not learn my identity by seeing my name on the public docket. I withdraw my motion to quash.

✓ _____  I **DO** want my identity to be revealed so that the Court may consider my motion to quash and I understand that my motion will be placed on the public docket and that plaintiff and its lawyer will thereby learn my identity.

EDUARDO HALVORSSEN
Print Name

_____
Signature

01/16/2012
Date

5