**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:11-cv-01741-JDB-JMF |
| DOES 1 – 1,495, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF A CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against the Doe Defendant associated with the Internet Protocol address 76.106.8.193. The respective Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Hard Drive Productions, Inc.

**DATED:** February 28, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq. (D.C. Bar # IL0014)
Law Offices of Paul Duffy
2 N. LaSalle St., 13th Floor
Chicago, IL 60602
Telephone: (312) 952-6136
Facsimile: (312) 346-8434
E-mail: pduffy@pduffygroup.com
*Counsel for the Plaintiff*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy
Paul A. Duffy, Esq.