# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**HARD DRIVE PRODUCTIONS, INC.,**

    **Plaintiff,**

        v.           Civil Action No. 11-1741 (JDB/JMF)

**DOES 1-1,495,**

    **Defendants.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that the following documents be **DENIED** and **PLACED UNDER SEAL:**

1. Motion to Quash or Modify Subpoena [#19];
2. Motion to Quash . . . [#20];
3. Defendant, [Name Withheld] Motion to Quash [#21];
4. Motion to Quash and Motion to Dismiss [#22];
5. Re-Filed Motion of NonParty to Quash and Vacate Subpoena, or in the Alternative, to Sever, Combined with Points and Authorities [#36];
6. Pro Se Motion to Sever and to Quash Subpoena by Doe Defendant 68.40.186.122 [#38];
7. Motion for Protective Order [#40];
8. Motion for Protective Order [#42].

It is further, hereby,

**ORDERED** that the following additional documents be **SEALED:**

1. Plaintiff's Response to [Name Withheld] Motion to Quash or Vacate the Subpoena [#24];
2. Plaintiff's Response to [Name Withheld] Motion to Quash [#25];
3. Plaintiff's Response to [Name Withheld] Motion to Quash or Modify Subpoena [#26];
4. Plaintiff's Response to [Name Withheld] Motion to Quash and Motion to Dismiss [#27];
5. Response to the Court's Order [#35];
6. Response to the Court's Order [#37];

7. <u>Response to the Court's Order</u> [#39]; and
8. <u>Response to the Court's Order</u> [#41].

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE