**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. | Case No.: 1:11-cv-01741-JDB-JMF |
| Plaintiff, | |
| v. | |
| DOES 1-1,495 | Judge Bates |
| Defendants. | Magistrate Judge Facciola |

**NOTICE OF SUBMITTED MATTER**

Amicus Electronic Frontier Foundation ("EFF") hereby gives notice that its Motion for Emergency Stay of Magistrate Judge's December 21, 2011 Order and for Leave to File Brief Seeking Reconsideration of Same was submitted on January 30, 2012 and remains pending.

In his December 21, 2011 Order, Magistrate Judge Facciola required that defendants seeking to challenge the release of their identities to Plaintiff Hard Drive Productions ("HDP") could do so only by publicly identifying themselves on the docket, thus mooting the issue. As explained in EFF's Motion, that order violates defendants' First Amendment right to communicate anonymously. On August 13, 2012, Magistrate Judge Facciola denied certain defendants' motions to quash subpoenas and ordered their motions filed under seal pending resolution of EFF's Motion. Dkt. Nos. 49, 50. More broadly, EFF moved for reconsideration of the grant of early discovery in this case due to serious constitutional and procedural problems.

EFF's Motion remains ripe for decision. Although M.J. Facciola's denial of motions to quash may cause the Internet service providers who received subpoenas to disclose the defendants' identities to HDP, their identities will not thereby be disclosed to the public. The grave constitutional defect in requiring defendants to waive their right to anonymous communication as a prerequisite for defending that right in court continues to prejudice the defendants, and M.J. Facciola declined to rule on that issue while EFF's Motion is pending.

|  |  |
|---|---|
| Dated: August 20, 2012 | Respectfully submitted,<br>ELECTRONIC FRONTIER FOUNDATION<br><br>     /s/ Mitchell L. Stoltz    <br>MITCHELL L. STOLTZ (DC Bar No. 978149)<br>*mitch@eff.org*<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>Attorneys for Amicus Curiae |

## **CERTIFICATE OF SERVICE**

I, Mitchell Stoltz, hereby certify that on August 20, 2012, I served a true and correct copy of the foregoing document using the Court's CM/ECF system on all parties registered to receive service via ECF. On that same date, I caused a true and correct copy of the foregoing to be served upon the following individuals by U.S. First Class Mail, postage prepaid:

Roberto Escobar
835 W. Warner Road, #101-467
Gilbert, AZ  07109

Kevin Berry
830 Main Street, Unit G
Belleville, NJ  07109

Mildred LaPorte
c/o Daniel M. Kelly, Esq.
FRATAR, KERN & KELLY, LLP
1441 Main Street, Suite 630
Springfield, MN  01103

Gretchen Martin
8545 London Bridge Way
Lutherville, Maryland  21093

Michelle Murphy
8309 Terrace Drive
Stockton, CA 95212

Ketti Augusztiny
314 Second St.
Ann Arbor, MI 48103

Chaim Rochester
14 Mary St.
S. Burlington, VT 05403

Eduardo L. Halvorseen
18181 NE 31st Court, #1906
Miami, FL 33160

Dated: August 20, 2012                              /s/ Mitchell L. Stoltz
                                                    MITCHELL L. STOLTZ