UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiffs,

    v.

DOES 1 – 1,495,

    Defendants.

Civil Action No.  11-1741 (JDB/JMF)

## ORDER

Upon consideration of [30] Electronic Frontier Foundation's ("EFF") motion for leave to file an amicus curiae brief and motion for emergency stay and reconsideration of [18] Magistrate Judge Facciola's December 21, 2011 order, [31] plaintiff's memorandum in opposition to EFF's motion for leave to file, [33] plaintiff's memorandum in opposition to EFF's motion for stay, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that EFF's motion for leave to file an amicus curiae brief is **GRANTED**; it is further

**ORDERED** that EFF's motion for emergency stay and reconsideration of Magistrate Judge Facciola's December 21, 2011 order is **DENIED**; and it is further

**ORDERED** that the following sealed documents be **UNSEALED**: [19] motion to quash or modify subpoena; [20] motion to quash or vacate the subpoena; [21] motion to quash; [22] motion to quash and motion to dismiss; [24] plaintiff's response to [20] motion to quash or

1

vacate the subpoena; [25] plaintiff's response to [21] motion to quash; [26] plaintiff's response to [19] motion to quash or modify subpoena; [27] plaintiff's response to [22] motion to quash and motion to dismiss; [35] response to the court's order; [36] re-filed motion of nonparty to quash and vacate subpoena; [37] response to the court's order; [38] pro se motion to sever and to quash subpoena; [39] response to the court's order; [40] motion for protective order; [41] response to the court's order; and [42] motion for protective order.

    **SO ORDERED.**


                              /s/ John D. Bates
                               JOHN D. BATES
                        United States District Judge

Dated: September 26, 2012