**FILED**

OCT 31 2012

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICK COLLINS, INC.,
   Plaintiff,

v.   Civil Action No. 11-58 (ESH/JMF)

DOES 1-72,
   Defendants.

---

HARD DRIVE PRODUCTIONS, INC.,
   Plaintiff,

v.   Civil Action No. 11-1741 (JDB/JMF)

DOES 1-1,495,
   Defendants.

---

### ORDER

The Court is in receipt of an e-mail, attached to this Order, which seeks an explanation of this Court's rulings in the above cases. Since this is an *ex parte* communication, it is therefore, hereby,

**ORDERED** that a copy of the e-mail be filed in the docket of each of the cases to which it refers. The Court notes that it will not answer this correspondence since an extra-judicial comment about matters pending before it is inappropriate. Finally, it is further, hereby,

**ORDERED** that a copy of this Order be sent by e-mail to the person who sent the attached e-mail to the undersigned.

**SO ORDERED.**

Date: 10/31/12

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE