UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARD DRIVE PRODUCTIONS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01741-JDB-JMF |
| ) | |
| **DOES 1 – 1,495,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN DOE DEFENDANT WITH PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, with prejudice, all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 74.98.288.131. The Doe Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

Hard Drive Productions, Inc.

**DATED**: November 5, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Law Offices of Paul Duffy
2 N. LaSalle Street
13th Floor
Chicago, IL  60602
Telephone: (312) 952-6136
Facsimile:   (312) 346-8434
e-mail: pduffy@pduffygroup.com
Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on November 5, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                        /s/ Paul A. Duffy