UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01741-JDB-JMF |
| ) | |
| DOES 1 – 1,495, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN DOE DEFENDANT WITH PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, with prejudice, all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 74.98.188.131. The Doe Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

        Respectfully submitted,

        Hard Drive Productions, Inc.

**DATED**: November 6, 2012

        By:    /s/ Paul A. Duffy
                Paul Duffy (Bar No. 6210496)
                Prenda Law Inc.
                161 N. Clark St., Suite 3200
                Chicago, IL 60601
                Phone: 312-880-9160
                Fax: 312-893-5677
                E-mail: paduffy@wefightpiracy.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 6, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                             /s/ Paul A. Duffy