**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**
**U.S. COURTHOUSE**
**CONSTITUTION AVENUE, N.W.**
**WASHINGTON, DC 20001**

OFFICIAL BUSINESS

11-1741

MICHELLE MURPHY
8309 Terrace Drive
Stockton, CA 95212

RECEIVED
Mail Room
NOV 15 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES POSTAGE
$ 00.45
02 1A
0004634648   AUG 20 2012
MAILED FROM ZIP CODE 20001

957 NEE 1 812C 02 11/11/12
RETURN TO SENDER
MURPHY
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 20001289999       *2931-07373-20-40