**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01741-JDB-JMF |
| ) | |
| DOES 1 – 1,495, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol address 75.138.189.27 ("the IP Address"). The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Further, Plaintiff also certifies pursuant to Rule 54(b) that there is no just reason for delay and requests the Court to direct the entry of judgment forthwith with respect to the Doe Defendants associated with the IP address.

Respectfully submitted,

Hard Drive Productions, Inc.

**DATED:** November 29, 2012

By: /s/ Paul A. Duffy
PAUL A. DUFFY (D.C. Bar #IL0014)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677

-2-

             E-mail: paduffy@wefightpiracy.com
             *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2012, he has served a copy of the within Notice of Voluntary Dismissal on the Doe Defendants, by mailing a copy thereof, first class mail, postage prepaid, to:

  Alexandra B. Rubin, Esq.
  Newman & Newman, P.C.
  One McKinley Square
  Boston, MA 02109

Signed under the pains and penalties of perjury this 20th day of November, 2012.

             /s/ Paul A. Duffy
             Paul A. Duffy, Esq.