> The Court has not received a motion to quash from you, but will deem your Response to the Court's Order a motion to quash and it will be filed.

UNITED STATES
FOR THE DISTRI

Date: 11/26/12

*John M. Facciola*
U.S. Magistrate Judge

HARD DRIVE PRODUCTIONS, INC.,

Plaintiff,

v.

Civil Action No. 11-1741 (JDB/JMF)

DOES 1-1,495,

Defendants.

## RESPONSE TO THE COURT'S ORDER

_____ I **DO NOT** want my identity to be revealed to plaintiff and ask that, as Judge Bates previously ordered, my motion to quash remain under seal so that plaintiff will not learn my identity by seeing my name on the public docket. I withdraw my motion to quash.

\_\_\_X\_\_\_ I **DO** want my identity to be revealed so that the Court may consider my motion to quash and I understand that my motion will be placed on the public docket and that plaintiff and its lawyer will thereby learn my identity.

Ralph Perillo
Print Name

*Ralph Perillo*
Signature

1/17/2012
Date



Mr. Ralph Perillo
9557 N Antler Ridge Dr.
Tucson, AZ 85743-5511

> Deemed a motion to quash and DENIED without prejudice to any defense on the merits if this party is named as a party.
>
> Date: 11/26/12
>
> *John M. Facciola*
> U.S. Magistrate Judge

5